**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sean A. Trehar<br>Annette M. Trehar<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-21512 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Midfirst Mortgage and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
14 Oct 2021, 08:20:28, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: fb0992a1b71cae738c41ce29a18063e662eaa9d1484c06f9991c422d203037ae