| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sean A. Trehar** | Social Security number or ITIN  xxx–xx–9001 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Annette M. Trehar** | Social Security number or ITIN  xxx–xx–4887 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–21512–JAD** | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Sean A. Trehar                                              Annette M. Trehar

  11/30/21                             **By the court:**      Jeffery A. Deller
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21512-JAD
Sean A. Trehar     Chapter 13
Annette M. Trehar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 3
Date Rcvd: Nov 30, 2021     Form ID: 3180W     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean A. Trehar, Annette M. Trehar, 610 Virginia Avenue, Baden, PA 15005-1439 |
| 14402278 | + | Baden Borough Water & Sewage, 149 State Street, Baden, PA 15005-1999 |
| 14655120 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14411140 | + | Beaver Valley Foot Clinic, P.O. Box 309, Rochester, PA 15074-0309 |
| 14402280 | + | Berkheimer, P.O. Box 25130, Lehigh Valley, PA 18002-5130 |
| 14632251 | + | Berkheimer Assoc-Agt Ambridge ASD - Baden Borough, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14402282 | + | Boscovs/Capital One, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14411144 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 14402287 | + | Erie Insurance, c/o Dunn Agency, 619 Merchant Street, Ambridge, PA 15003-2466 |
| 14402289 | | Heritage Valley, PO Box 382094, Pittsburgh, PA 15251-8094 |
| 14402288 | + | Heritage Valley, 245 Main Street, Scranton, PA 18519-1641 |
| 14411151 | + | Heritage Valley Sewickley, P.O. Box 382085, Pittsburgh, PA 15251-8085 |
| 14402290 | + | Heritage Valley/CP Medical LLC, PO Box 3269, Sherman, TX 75091-3269 |
| 14402294 | + | North Star Anethesia of PA, PO Box 370130, Denver, CO 80237-0130 |
| 14402296 | + | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 14402297 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, P.O. Box 6419, Carol Stream, IL 60197 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 01 2021 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 01 2021 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2021 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: JPMORGANCHASE | Dec 01 2021 04:38:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 14411137 | + | EDI: CAPIO.COM | Dec 01 2021 04:38:00 | Asset Care, 2222 Texoma Pkwy, Suite 180, Sherman, TX 75090-2484 |
| 14402286 | | Email/Text: kburkley@bernsteinlaw.com | Nov 30 2021 23:38:00 | Duquesne Light, Po Box 1930, Pittsburgh, PA |

Case 17-21512-JAD   Doc 67   Filed 12/02/21   Entered 12/03/21 00:32:01   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15230 |
| 14402279 | + | EDI: BANKAMER.COM | Dec 01 2021 04:38:00 | Bank of America, P. O. Box 1597, Norfolk, VA 23501-1597 |
| 14402281 | + | EDI: CAPITALONE.COM | Dec 01 2021 04:38:00 | Best Buy/Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14675572 | + | EDI: RECOVERYCORP.COM | Dec 01 2021 04:38:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14660124 | | EDI: BL-BECKET.COM | Dec 01 2021 04:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14402284 | + | EDI: COMCASTCBLCENT | Dec 01 2021 04:38:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14402285 | | EDI: DISCOVER.COM | Dec 01 2021 04:38:00 | Discover, PO Box 15251, Wilmington, DE 19886-5251 |
| 14407305 | | EDI: DISCOVER.COM | Dec 01 2021 04:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14678759 | | EDI: JPMORGANCHASE | Dec 01 2021 04:38:00 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 14402291 | | EDI: JPMORGANCHASE | Dec 01 2021 04:38:00 | JPMorgan Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14402292 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2021 23:38:00 | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14402293 | + | EDI: RMSC.COM | Dec 01 2021 04:38:00 | Lowes/SYNCB, pO Box 965005, Orlando, FL 32896-5005 |
| 14966686 | + | EDI: AISMIDFIRST | Dec 01 2021 04:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14411156 | + | Email/Text: Eden@NewAllianceFCU.com | Nov 30 2021 23:38:00 | New Alliance FCU, 835 Merchant Street, Ambridge, PA 15003-2398 |
| 14668989 | | EDI: PRA.COM | Dec 01 2021 04:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14402919 | + | EDI: RECOVERYCORP.COM | Dec 01 2021 04:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14402295 | + | EDI: RMSC.COM | Dec 01 2021 04:38:00 | Paypal/GEMB, P.O. Box 960080, Orlando, FL 32896-0080 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Midfirst Mortgage |
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14411147 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14411138 | *+ | Baden Borough Water & Sewage, 149 State Street, Baden, PA 15005-1999 |
| 14411139 | *+ | Bank of America, P. O. Box 1597, Norfolk, VA 23501-1597 |
| 14411141 | *+ | Berkheimer, P.O. Box 25130, Lehigh Valley, PA 18002-5130 |
| 14411142 | *+ | Best Buy/Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14411143 | *+ | Boscovs/Capital One, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14402283 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, |

| | | |
|---|---|---|
| | | address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |
| 14411145 | *+ | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14411146 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15251, Wilmington, DE 19886-5251 |
| 14411148 | *+ | Erie Insurance, c/o Dunn Agency, 619 Merchant Street, Ambridge, PA 15003-2466 |
| 14411149 | *+ | Heritage Valley, 245 Main Street, Scranton, PA 18519-1641 |
| 14411150 | * | Heritage Valley, PO Box 382094, Pittsburgh, PA 15251-8094 |
| 14411152 | *+ | Heritage Valley/CP Medical LLC, PO Box 3269, Sherman, TX 75091-3269 |
| 14411153 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14411154 | *+ | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14411155 | *+ | Lowes/SYNCB, pO Box 965005, Orlando, FL 32896-5005 |
| 14411157 | *+ | North Star Anethesia of PA, PO Box 370130, Denver, CO 80237-0130 |
| 14411158 | *+ | Paypal/GEMB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14411159 | *+ | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 14411160 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, P.O. Box 6419, Carol Stream, IL 60197 |

TOTAL: 2 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021             Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Sean A. Trehar julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Annette M. Trehar julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Midfirst Mortgage mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7