**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SEAN A. TREHAR
    ANNETTE M. TREHAR
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-21512 JAD

Chapter 13

Document No.:55

**DEFAULT O/E JAD**

FILED
11/30/21 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this 30th day of November, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-21512-JAD
Sean A. Trehar  Chapter 13
Annette M. Trehar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 3
Date Rcvd: Nov 30, 2021      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean A. Trehar, Annette M. Trehar, 610 Virginia Avenue, Baden, PA 15005-1439 |
| 14402278 | + | Baden Borough Water & Sewage, 149 State Street, Baden, PA 15005-1999 |
| 14402279 | + | Bank of America, P. O. Box 1597, Norfolk, VA 23501-1597 |
| 14655120 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14411140 | + | Beaver Valley Foot Clinic, P.O. Box 309, Rochester, PA 15074-0309 |
| 14402280 | + | Berkheimer, P.O. Box 25130, Lehigh Valley, PA 18002-5130 |
| 14632251 | + | Berkheimer Assoc-Agt Ambridge ASD - Baden Borough, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14402282 | + | Boscovs/Capital One, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14411144 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 14660124 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14402287 | + | Erie Insurance, c/o Dunn Agency, 619 Merchant Street, Ambridge, PA 15003-2466 |
| 14402289 | | Heritage Valley, PO Box 382094, Pittsburgh, PA 15251-8094 |
| 14402288 | + | Heritage Valley, 245 Main Street, Scranton, PA 18519-1641 |
| 14411151 | + | Heritage Valley Sewickley, P.O. Box 382085, Pittsburgh, PA 15251-8085 |
| 14402290 | + | Heritage Valley/CP Medical LLC, PO Box 3269, Sherman, TX 75091-3269 |
| 14966686 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14402294 | + | North Star Anethesia of PA, PO Box 370130, Denver, CO 80237-0130 |
| 14402296 | + | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 14402297 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, P.O. Box 6419, Carol Stream, IL 60197 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2021 23:45:40 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 14411137 | + | Email/Text: bnc-capio@quantum3group.com | Nov 30 2021 23:38:00 | Asset Care, 2222 Texoma Pkwy, Suite 180, Sherman, TX 75090-2484 |
| 14402286 | | Email/Text: kburkley@bernsteinlaw.com | Nov 30 2021 23:38:00 | Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14402281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2021 23:45:44 | Best Buy/Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14675572 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 30 2021 23:45:40 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14402284 | + | Email/Text: documentfiling@lciinc.com | Nov 30 2021 23:38:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14402285 | | Email/Text: mrdiscen@discover.com | Nov 30 2021 23:38:00 | Discover, PO Box 15251, Wilmington, DE 19886-5251 |

Case 17-21512-JAD   Doc 68   Filed 12/02/21   Entered 12/03/21 00:32:01   Desc Imaged
                          Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14407305 | | Email/Text: mrdiscen@discover.com | Nov 30 2021 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14678759 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2021 23:45:40 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 14402291 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2021 23:45:40 | JPMorgan Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14402292 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2021 23:38:00 | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14402293 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 23:45:44 | Lowes/SYNCB, pO Box 965005, Orlando, FL 32896-5005 |
| 14411156 | + | Email/Text: Eden@NewAllianceFCU.com | Nov 30 2021 23:38:00 | New Alliance FCU, 835 Merchant Street, Ambridge, PA 15003-2398 |
| 14668989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2021 23:45:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14402919 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 30 2021 23:45:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14402295 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 23:45:48 | Paypal/GEMB, P.O. Box 960080, Orlando, FL 32896-0080 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Midfirst Mortgage |
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14411147 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14411138 | *+ | Baden Borough Water & Sewage, 149 State Street, Baden, PA 15005-1999 |
| 14411139 | *+ | Bank of America, P. O. Box 1597, Norfolk, VA 23501-1597 |
| 14411141 | *+ | Berkheimer, P.O. Box 25130, Lehigh Valley, PA 18002-5130 |
| 14411142 | *+ | Best Buy/Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14411143 | *+ | Boscovs/Capital One, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14402283 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |
| 14411145 | *+ | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14411146 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15251, Wilmington, DE 19886-5251 |
| 14411148 | *+ | Erie Insurance, c/o Dunn Agency, 619 Merchant Street, Ambridge, PA 15003-2466 |
| 14411149 | *+ | Heritage Valley, 245 Main Street, Scranton, PA 18519-1641 |
| 14411150 | * | Heritage Valley, PO Box 382094, Pittsburgh, PA 15251-8094 |
| 14411152 | *+ | Heritage Valley/CP Medical LLC, PO Box 3269, Sherman, TX 75091-3269 |
| 14411153 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14411154 | *+ | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14411155 | *+ | Lowes/SYNCB, pO Box 965005, Orlando, FL 32896-5005 |
| 14411157 | *+ | North Star Anethesia of PA, PO Box 370130, Denver, CO 80237-0130 |
| 14411158 | *+ | Paypal/GEMB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14411159 | *+ | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 14411160 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, P.O. Box 6419, Carol Stream, IL 60197 |

TOTAL: 2 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Sean A. Trehar julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Annette M. Trehar julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Midfirst Mortgage mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7